**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL FARROW,

Plaintiff,

v.

SYLESTASIA FINISTER,

Defendant.

Case No.
Hon.

JURY DEMAND

Dionne E. Webster-Cox (P70422)
24100 Southfield Rd., Ste. 100
Southfield, MI 48075
734-215-2444/ 734-943-6069 fax
dewc@websterlawofficepllc.com
discoveryadmin@websterlawofficepllc.com

**COMPLAINT**

Plaintiff Michael Farrow, by and through his attorneys, for his Complaint against Defendant Sylestasia Finister, alleges, on knowledge as to his own actions, and otherwise upon information and belief, as follows:

**PRELIMINARY STATEMENT**

1. This is a civil action for personal injuries arising out of a motor vehicle collision that occurred on July 5, 2024, in which a vehicle operated by Defendant Sylestasia Finister struck from behind the vehicle in which Plaintiff

Michael Farrow was a passenger, causing Plaintiff to suffer bodily injury, pain and suffering, and medical expenses.

2. Plaintiff seeks compensatory damages in an amount to be determined at trial, but in excess of $75,000, exclusive of interest and costs, together with interest, costs, and such other relief as the Court deems just and proper.

**JURISDICTION**

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between citizens of different States—Plaintiff Michael Farrow being a citizen of the State of Michigan and Defendant Sylestasia Finister being a citizen of the State of Illinois—and the amount in controversy exceeds $75,000, exclusive of interest and costs

**VENUE**

4. Venue is laid in this district under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim, including Plaintiff's resulting injuries, medical treatment, and continuing damages, occurred in or are borne by Plaintiff within this district, where Plaintiff resides.

**PARTIES**

5. Plaintiff Michael Farrow is an individual who resides in West Bloomfield, Michigan, and is a citizen of the State of Michigan. At all times

relevant to this Complaint, Plaintiff was a passenger in a 2024 Chevrolet Silverado involved in the collision described below.

6. Upon information and belief, Defendant Sylestasia Finister is an individual who resides in Loves Park, Illinois, and is a citizen of the State of Illinois. At all times relevant to this Complaint, Defendant was the operator of a 2018 Jeep Wrangler involved in the collision described below.

## FACTS

7. On or about July 5, 2024, at approximately 5:00 a.m., Plaintiff Michael Farrow was a passenger in a 2024 Chevrolet Silverado traveling westbound on West 18th Street in Chicago, Cook County, Illinois, in the vicinity of 328 West 18th Street.

8. At the same time and place, Defendant Sylestasia Finister was operating a 2018 Jeep Wrangler traveling westbound on West 18th Street, behind the vehicle in which Plaintiff was a passenger.

9. Defendant failed to maintain a proper lookout, failed to keep her vehicle under control, failed to maintain an assured clear distance, and drove at a speed greater than was reasonable under the conditions then existing.

10. As a result, Defendant's vehicle struck the rear of the vehicle in which Plaintiff was a passenger.

11. The collision was caused solely by the negligence of Defendant, and not by any act or omission of Plaintiff.

12. As a direct and proximate result of the collision, Plaintiff sustained bodily injuries, including injuries to his neck and spine, and was transported by ambulance from the scene to Insight Hospital & Medical Center in Chicago, Illinois, for emergency evaluation and treatment.

13. Plaintiff's treatment included diagnostic imaging of his cervical, thoracic, and lumbar spine, and Plaintiff has incurred medical expenses as a result of the injuries he sustained in the collision.

14. As a direct and proximate result of the collision, Plaintiff has suffered, and will continue to suffer, bodily injury, pain and suffering, medical and related expenses, and other damages.

**COUNT ONE — NEGLIGENCE**
**(As against Defendant Sylestasia Finister)**

15. Plaintiff repeats and realleges paragraphs 1 through 14 hereof, as if fully set forth herein.

16. At all relevant times, Defendant owed Plaintiff a duty to operate her vehicle with reasonable care, including the duty to keep a proper lookout, to maintain control of her vehicle, to maintain an assured clear distance from the

vehicle ahead, and to operate her vehicle at a reasonable and prudent speed under the conditions then existing.

17. Defendant breached that duty by, among other things, failing to keep a proper lookout, failing to maintain control of her vehicle, failing to maintain an assured clear distance, and operating her vehicle at a speed greater than was reasonable under the conditions, thereby causing her vehicle to strike the rear of the vehicle in which Plaintiff was a passenger.

18. Defendant's negligence directly and proximately caused the collision and the injuries and damages Plaintiff sustained.

19. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered bodily injury, pain and suffering, medical and related expenses, and other damages in an amount to be determined at trial, but in excess of $75,000, exclusive of interest and costs.

**WHEREFORE**, Plaintiff Michael Farrow respectfully requests that the Court enter judgment in his favor and against Defendant Sylestasia Finister as follows:

A. Awarding Plaintiff compensatory damages in an amount to be determined at trial, but in excess of $75,000, exclusive of interest and costs;

B. Awarding Plaintiff pre-judgment and post-judgment interest, together with the costs of this action, as allowed by law; and

C. Granting Plaintiff such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: October 19, 2026

By: /s/ Dionne E. Webster-Cox
Dionne E. Webster-Cox (P70422)
Webster Law Office, PLLC
Attorney for Plaintiff
24100 Southfield Rd., Ste. 100 Southfield,
MI 48075
734-215-2444/ 734-943-6069 fax
dewc@websterlawofficepllc.com
discoveryadmin@websterlawofficepllc.com